IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| JESUS A. GARCIA | ) | CASE NO. 4-10-00831-EWH |
| ANGELICA T. GARCIA | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name | Amount Allowed | Amount Paid |
|---|---|---|---|
| 000001 | ASSET ACCEPTANCE | $413.77 | $3.93 |
| 000002 | ASSET ACCEPTANCE | $397.21 | $3.77 |
| 000003 | TUCSON MOUNTAIN DENTAL | $221.60 | $2.11 |
| 000004 | EMERGENCY ROOM ASSOCIATES | $379.00 | $3.60 |
| 000005 | ST. ELIZABETH OF HUNGARY CLINIC | $30.00 | $0.28 |
| 000007 | LVNV FUNDING LLC | $150.50 | $1.42 |
| 000009 | GEN BUSINESS RECOVERIE | $276.13 | $2.62 |

Dated: April 15, 2011  /s/ SJK_____
Stanley J. Kartchner, Trustee